IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00200-M-RJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON CHARLES MANUELITO,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed Motion to Wear Regular Clothes During Sentencing Hearing [DE 45]. The motion is conditionally GRANTED as follows. Defense counsel, J. Brad Polk, shall provide Defendant's clothing to the United States Marshal Service for inspection before giving the clothes to Defendant; if the deputy(ies) determine good cause to withhold the clothes from Defendant, the court will hear the matter in open court at the sentencing hearing.

SO ORDERED this 16th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE